# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 6:21-mj-1953-LRH

ENROY ONEIL DUNCAN

AUSA: Emily Chang

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | LESLIE R. HOFFMAN<br>United States Magistrate Judge | DATE AND TIME: | November 18, 2021<br>1:38-1:52<br>14 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE (RULE 5C)

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding competency.
Court advised the Defendant of his rights.
Court advised of the requirement pursuant to the Due Process Protections Act.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed the Federal Public Defender to represent the Defendant in this district.
Government summarized the charge and penalties in the Indictment.
Defendant reserved the right to an identity hearing in this district.
Government made an oral motion for release.
Court granted the motion and released the Defendant on conditions of release as set forth in the Order Setting Conditions of Release.
Order of Removal entered.