**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

**VS.**                                                                                          **CASE NO: 6:21-mj-1953-LRH**

**ENROY ONEIL DUNCAN**

---

**NOTICE OF SURRENDERED U.S. PASSPORT**

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on November 18, 2021 in the above styled case, the Defendant's passport, **Number 547795917** was surrendered to the custody of the Clerk of Court on November 18, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

|   |   |
|---|---|
| Defendant's date of birth: | April 10, 1988 |
| Defendant's place of birth: | Jamaica |
| Passport received from: | Ricardo Leroy Grant |
| Passport issued to: | Enroy Oneil Duncan |
| Date of issuance: | December 6, 2016 |

ELIZABETH M. WARREN, CLERK

By *Tiffany Palmer*
Tiffany Palmer, Deputy Clerk

November 18, 2021

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator