# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:21-mj-1953-LRH

**ENROY ONEIL DUNCAN**

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Enroy Oneil Duncan, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from District of North Dakota was held on November 18, 2021.

Based on the defendant's waiver of identity hearing, I find that ENROY ONEIL DUNCAN is the person named in the warrant for arrest, a copy of which has been produced.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 18, 2021.

*Leslie R. Hoffman*
**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Counsel of Record