**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Benjamin C. Wynn |
| Clerk of Court | Orlando Division Manager |

**UNITED STATES OF AMERICA**

vs.                                                                                 Our Case No. 6:21-mj-1953- LRH

**ENROY ONEIL DUNCAN**

_____

# NOTICE OF TRANSFERRING SURRENDERED PASSPORT
# TO ANOTHER DISTRICT

    **PURSUANT** to the Court's order entered in the above styled case, the Defendant's passport was surrendered to the custody of the Clerk of Court. The defendant was ordered to appear in the North Dakota District Court, Fargo Division where the prosecution is pending. The passport is therefore transmitted to your district.

ELIZABETH M. WARREN, CLERK

By *Tiffany Palmer*
Tiffany Palmer, Deputy Clerk

November 18, 2021

c: Passport file